IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARL CURRY
ADC # 84737                                                                                                    PLAINTIFF

V.                                    CASE NO. 5:10CV00154 JMM/BD

ROBBIE FREAD, *et al.*                                                                                  DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. Plaintiff has filed his objections and has requested leave of court to file an amended complaint striking the Insurance Company as a defendant and more clearly stating his claims against Defendant Pitts.

The Court will allow Plaintiff to file his amended complaint. The Court declines to adopt the Partial Recommended Disposition, in part, as to Plaintiff's claims against Defendant Pitts.

The Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings as to the claims against the Arkansas County Jail Insurance Company.

Accordingly, Plaintiff's claims against the Arkansas County Jail Insurance Company are hereby DISMISSED with prejudice. Plaintiff is directed to file his amended complaint more clearly setting forth his allegations against Defendant Pitts within fifteen (15) days of the entry of this Order

IT IS SO ORDERED, this 21st day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE