# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CARL CURRY**
**ADC # 84737**                                                                                          **PLAINTIFF**

**V.**                          **CASE NO. 5:10CV00154 JMM/BD**

**ROBBIE FREAD,** *et al.*                                                                                      **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's negligence claim against Defendant Pitts is DISMISSED without prejudice.

IT IS SO ORDERED, this 1st day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE