**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CARL CURRY
ADC # 84737**                                                                                                     **PLAINTIFF**

**V.**                     **CASE NO. 5:10CV00154 JMM/BD**

**ROBBIE FREAD,** *et al.*                                                       **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

The motion for summary judgment (docket entry #36) is GRANTED. Mr. Curry's claims are DISMISSED with prejudice. The Defendants' motion to dismiss (#45) is DENIED as moot.

IT IS SO ORDERED, this 12th day of August, 2011.

                                                            */s/ James M. Moody*
                                                   UNITED STATES DISTRICT JUDGE