# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CARL CURRY, ADC # 84737**                                                              **PLAINTIFF**

**V.**                          **CASE NO. 5:10CV00154 JMM/BD**

**ROBBIE FREAD,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 12th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE